**UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
HAMMOND DIVISION**

Craig Cunningham
                              Plaintiff,

v.                                                 Case No.: 2:17−cv−00077−RL−PRC
                                                 Judge Rudy Lozano

Foresters Financial Services, Inc., et al.
                              Defendant.

## CLERK'S ENTRY OF DEFAULT

Default is hereby entered against defendant(s)

Michael Samaroo, Mahendra Smaroo, America Insurance Group, LLC, Nicholas Politi, Jay Politi, Nationwide Senior Marketing, Inc., Nationwide Senior Service Inc, Katie Boling ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date: August 16, 2017          Sincerely,

                                       ROBERT N. TRGOVICH, CLERK

                                       By: s/ Nikki Long
                                            Deputy Clerk